IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JONATHAN WAYNE VIECELLI, ) | |
| ) | Case No. 4:07CV00031 |
| Appellant, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM F. SCHNEIDER, ) | |
| Chapter 7 Trustee, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Appellee. ) | |

Before me is an Appeal from the United States Bankruptcy Court for the Western District of Virginia by Appellant Jonathan Wayne Viecelli. The parties agreed to submit the case on brief without oral argument. Pursuant to the *Memorandum Opinion* entered contemporaneously herewith, I **AFFIRM** the Judgment of the Bankruptcy Court and **DISMISS** this case from the docket of this Court.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and *Memorandum Opinion* to the Bankruptcy Court and to all counsel of record.

Entered this 26th day of October, 2007.

s/Jackson L. Kiser
Senior United States District Judge